Trustee Name, Address, Phone, Fax, Email:

Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 301
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2015 SEP 25 A 10: 24

MICHAEL B. DOWLING
CLERK OF COURT

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Case No.: **10-03745**

In re:

**DAWN WOOTEN**

Chapter: 13

Debtor(s).

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:   $ 1,694.38
This payment represents funds remaining unpaid on the claims(s) listed below.

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 999 | DAWN WOOTEN<br>2826 UPENA STREET<br>LIHUE, HI 96766<br><br>(DEBTOR REFUND) | $ 1,694.38 | $ 1,694.38 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: September 25, 2015

/s/ _____
Trustee

hib_3011    5/05